Julius G. Wetzlar, Respondent, v. Catherine Stewart Wood and New York Finance Company, Appellants, Impleaded with Emil Wetzlar and William B. Bonn, as Trustees under the Last Will and Testament of Gustave J. Wetzlar, Deceased, Respondents. (2 cases.) Julius G. Wetzlar, Respondent, v. New York Finance Company, Appellant, Impleaded with Emil Wetzlar and William B. Bonn, as Trustees under the Last Will and Testament of Gustave J. Wetzlar, Deceased, Respondents.— Judgments affirmed, with costs, on 143 Appellate Division, 311.

. Joseph Lawson, Jr., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs.     (Ingraham, P. J., and Laughlin, J., dissented.)

Amos Edward Woodruff, Appellant, v. Elinor W. Squier, Respondent.— Judgment and order affirmed, with costs.   No opinion.

John A. Carroll, Appellant, v. Louis A. Hubener and Martin Escher, Respondents, Impleaded with Others.— Judgment and order affirmed, with costs.   No opinion.

The People of the State of New York, Respondent, v. Rebecca Frank, Appellant.—Judgment and orders affirmed.   No opinion.

Richard Barrett, Respondent, v. Matthias Strohmenger, Appellant.— Judgment and order affirmed, with costs.   No opinion.

Frank B. Gorham, Respondent, v. Harry H. Galinger, Appellant.—
. Order reversed, with ten dollars costs and disbursements, and motion for judgment on the pleadings granted, with ten dollars costs, on *Reiner* v. *Galinger* (151 App. Div. 711).

Maurice R. Healy, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the finding of the jury that the plaintiff was free from contributory negligence was against the weight of the evidence.   Order to be settled on notice.

Anton Bisinger, Respondent, v. Renault Taxi Service, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the findings of the jury that plaintiff was on defendant's premises by permission, and that defendant's servants were guilty of negligence, causing his injuries, are against the weight of evidence.   Order to be settled on notice.

William Ziener, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the findings of the jury that the plaintiff was free from contributory negligence, and that the defendant was guilty of negligence, are against the weight of evidence.   Order to be settled on notice.

Nathan J. Miller and Others, Copartners, Doing Business under the Firm Name of Miller & Company, Respondents, v. Jacob Wheatfield, Appellant.— Judgment and order affirmed, with costs.